# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TOMMY GENE STEPHENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1541

_____

September 26, 2025

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Blair Allen, Public Defender, and Peter Lombardo, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.